MARTHA BLUME, Appellant, *v.* BARNEY BEABER, Respondent.

Supreme Court, Appellate Term, First Department, July 6, 1933.

*Goldberg & Goldberg*, for the appellant.

*Charles Gold*, for the respondent.

PER CURIAM.   Under section 170 of the Municipal Court Code, a party entitled to costs may tax his disbursements.   Since the costs in this case were awarded to abide the event, and the event has not been determined, the disbursements may not be taxed.

Judgment and order reversed, with ten dollars costs, and motion granted.

All concur; present, LEVY, CALLAHAN and UNTERMYER, JJ.